## United States Bankruptcy Court
### Western District of Pennsylvania

In re **Kelly D McIntyre**

Debtor(s)

Case No. **22-21371**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Kelly D McIntyre**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [✓] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **August 2, 2022**

Signature **/s/ Kelly D McIntyre**
**Kelly D McIntyre**
Debtor

**ADP**

**Earnings Statement**

CPY  001297  040600    000000097

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 05/15/2022
Period Ending:    05/28/2022
Pay Date:         06/03/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

KELLY MCINTYRE
104 BASSIE DRIVE
ZELIENOPLE PA 16063

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| SVBUS | 92.9000 | 10.00 | 929.00 | 8,082.30 |
| SVMID1 | 14.2800 | 10.00 | 142.80 | 1,242.36 |
| SVACT | | | | 168.00 |
| SVMB | | | | 600.00 |
| **Gross Pay** | | | **$1,071.80** | 10,092.66 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:                    Single
Exemptions/Allowances:
PA:                    N/A

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -41.71 | 284.81 |
| Social Security Tax | -66.45 | 625.74 |
| Medicare Tax | -15.54 | 146.34 |
| PA State Income Tax | -32.90 | 309.83 |
| Jackson Twp Income Tax | -10.72 | 100.93 |
| Jackson Twp Local Svc Tax | -2.00 | 22.00 |
| PA SUI Tax | -0.65 | 6.06 |
| **Net Pay** | **$901.83** | |
| Checking | -901.83 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,071.80

© 2000 ADP, LLC

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number:  00000220197
Pay date:       06/03/2022

Deposited to the account of
KELLY MCINTYRE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx2545 | xxxx xxxx | $901.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

ADP

CPY  001297  040600

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 05/29/2022
Period Ending:    06/11/2022
Pay Date:         06/17/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

KELLY MCINTYRE
104 BASSIE DRIVE
ZELIENOPLE  PA  16063

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| BONUS |  |  | 250.00 | 250.00 |
| SVBUS | 92.9000 | 4.00 | 371.60 | 8,453.90 |
| SVMID1 | 14.2800 | 3.00 | 42.84 | 1,285.20 |
| SVACT |  |  |  | 168.00 |
| SVMB |  |  |  | 600.00 |
| **Gross Pay** |  |  | **$664.44** | 10,757.10 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:                    Single
Exemptions/Allowances:
  PA:                    N/A

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Social Security Tax | -41.20 | 666.94 |
|  | Medicare Tax | -9.64 | 155.98 |
|  | PA State Income Tax | -20.40 | 330.23 |
|  | Jackson Twp Income Tax | -6.64 | 107.57 |
|  | Jackson Twp Local Svc Tax | -2.00 | 24.00 |
|  | PA SUI Tax | -0.39 | 6.45 |
|  | Federal Income Tax |  | 284.81 |
| **Net Pay** |  | **$584.17** |  |
|  | Checking | -584.17 |  |
| **Net Check** |  | **$0.00** |  |

Your federal taxable wages this period are $664.44

© 2000 ADP, LLC

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number:  00000240192
Pay date:       06/17/2022

Deposited to the account of     account number    transit ABA    amount
KELLY MCINTYRE                  xxxxxxx2545       xxxx xxxx      $584.17

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**ADP**

CPY  001297  040800       0000260084

# Earnings Statement

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 06/12/2022
Period Ending: 06/25/2022
Pay Date: 07/01/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

KELLY MCINTYRE
104 BASSIE DRIVE
ZELIENOPLE PA 16063

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| SVBUS | 92.9000 | 10.00 | 929.00 | 9,382.90 |
| BONUS | | | | 250.00 |
| SVACT | | | | 168.00 |
| SVMB | | | | 600.00 |
| SVMID1 | | | | 1,285.20 |
| **Gross Pay** | | | **$929.00** | 11,686.10 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:          Single
Exemptions/Allowances:
PA:          N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.58 | 309.39 |
| | Social Security Tax | -57.60 | 724.54 |
| | Medicare Tax | -13.47 | 169.45 |
| | PA State Income Tax | -28.52 | 358.75 |
| | Jackson Twp Income Tax | -9.29 | 116.86 |
| | Jackson Twp Local Svc Tax | -2.00 | 26.00 |
| | PA SUI Tax | -0.56 | 7.01 |
| **Net Pay** | | **$792.98** | |
| Checking | | -792.98 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $929.00

© 2000 ADP, LLC

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000260084
Pay date: 07/01/2022

Deposited to the account of
KELLY MCINTYRE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx2545 | xxxx xxxx | $792.98 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**