**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Kelly D. McIntyre,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bankruptcy No. 22-21371-JAD** |
| _____ | : | |
| | : | **Related to Doc. No. 35** |

## CERTIFICATE OF SERVICE

I, Lawrence W Willis the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Granting Interim Mortgage Modification Order on the parties at the addresses on the attached matrix by first class mail*.


EXECUTED ON:  October 26, 2022            By: /s/ Lawrence Willis Esquire
                                                                    Lawrence W Willis, Esquire
                                                                    PA I.D. # 85299
                                                                    Willis & Associates
                                                                    201 Penn Center Blvd
                                                                    Pittsburgh, PA 15235
                                                                    Tel: 412.235.1721
                                                                    Fax: 412.542.1704
                                                                    lawrencew@urfreshstrt.com
                                                                    Attorney for Debtors

_____

*Parties served by the court electronically were not served by regular mail.

## MATRIX

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com

Central Loan
Attn: Bankruptcy
P.O. Box 77404
Ewing, NJ 08628

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Transworld Sys Inc/51
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850

Kelly D. McIntyre
104 Bassie Drive
Zelienople, PA 16063