# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly D. McIntyre<br>　　　　　　　Debtor(s)<br><br>M&T BANK, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br><br>Kelly D. McIntyre<br>　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 22-21371 JAD |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T BANK, which was filed with the Court on or about **August 26, 2022**.

Dated: March 30, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Denise Carlon
　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com