**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21371-JAD |
| | : | |
| Kelly D. McIntyre, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Kelly D. McIntyre, | : | Related to Document No. 6 1 , 6 3 |
| Movant, | : | |
| | : | |
| vs. | : | Hearing Date Time |
| | : | July 5, 2023 at 10:00AM |
| | : | |
| M&T Bank, | : | |
| | : | |
| RESPONDENTS | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

**CERTIFICATE OF SERVICE**

    I, Lawrence W Willis Esq the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Motion to Modify Order Granting Loan Modification, Proposed Order of Court Order Dated June 5, 2023 filed herewith on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON: June 6, 2023     By: /s/ Lawrence Willis Esq
                                                                                        Lawrence W Willis, Esquire
                                                                                        PA I.D. # 85299
                                                                                        Willis & Associates
                                                                                        201 Penn Center Blvd
                                                                                        Pittsburgh, PA 15235
                                                                                        Tel: 412.235.1721
                                                                                        Fax: 412.235.2375

Email: lawrencew@urfreshstrt.com
Attorney for Debtors

---

*Parties served by the court electronically were not served by regular mail.

**MATRIX**

```
Kelly D. McIntyre
104 Bassie Drive
Zelienople, PA 16063

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
```

Central Loan
Attn: Bankruptcy
P.O. Box 77404
Ewing, NJ 08628

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Transworld Sys Inc/51
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850

KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attn: Brian C. Nicholas, Esquire