# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21371-JAD |
| Kelly D. McIntyre, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Kelly D. McIntyre, | : | Related to Document No. 4 9 |
| Movant, | : | |
| | : | |
| vs. | : | Hearing Date Time |
| | : | July 5, 2023 at 10:00 AM |
| M&T Bank, | : | |
| | : | |
| | : | |
| RESPONDENTS | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO MODIFY ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION AGREEMENT FILED AT DOCKET NO. 49

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Modify Order Granting Motion to Authorize Loan Modification Agreement filed on June 5, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 26, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 27, 2023                    By: /s/ Lawrence Willis Esquire
                                        Lawrence W Willis, Esquire
                                        PA I.D. # 85299
                                        Willis & Associates
                                        201 Penn Center Blvd
                                        Pittsburgh, PA 15235
                                        Tel: 412.235.1721
                                        Fax: 412.542.1704
                                        lawrencew@urfreshstrt.com
                                        Attorney for Debtors