## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21371-JAD |
| | : | |
| Kelly D. McIntyre, Debtor | : | Chapter 13 |
| | : | |
| Kelly D. McIntyre, Movant, | : | Related to Document No. 6 6 |
| | : | |
| vs. | : | Hearing Date Time |
| | : | |
| M&T Bank, | : | |
| | : | |
| RESPONDENTS | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL RESPONDENT | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W Willis Esq the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Order Dated June 28, 2023 (Order Granting Motion to Authorize Loan Modification) filed herewith on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON: June 29, 2023          By: /s/ Lawrence Willis Esq
                                        Lawrence W Willis, Esquire
                                        PA I.D. # 85299
                                        Willis & Associates
                                        201 Penn Center Blvd
                                        Pittsburgh, PA 15235
                                        Tel: 412.235.1721
                                        Fax: 412.542.1704

Email: lawrencew@urfreshstrt.com  
Attorney for Debtors

---

*Parties served by the court electronically were not served by regular mail.

**MATRIX**

```
Kelly D. McIntyre
104 Bassie Drive
Zelienople, PA 16063

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
```

Central Loan  
Attn: Bankruptcy  
P.O. Box 77404  
Ewing, NJ 08628

M & T Bank  
Attn: Bankruptcy  
Po Box 844  
Buffalo, NY 14240

Macys/fdsb  
Attn: Bankruptcy  
9111 Duke Boulevard  
Mason, OH 45040

Portfolio Recovery Associates, LLC  
Attn: Bankruptcy  
120 Corporate Boulevard  
Norfolk, VA 23502

Transworld Sys Inc/51  
Attn: Bankruptcy  
Po Box 15630  
Wilmington, DE 19850

KML Law Group PC  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Attn: Brian C. Nicholas, Esquire